# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BALMORE ALEXANDER VILLATORO, | 3:16-cv-00531-MMD-WGC |
| Plaintiff, | **Order** |
| v. | Re: ECF No. 18 |
| PRESTON, *et al.*, | |
| Defendants. | |

On March 11, 2019, Plaintiff filed a document titled the "First and Second Amended" Civil Rights Complaint Pursuant to 42 U.S.C. § 1983. (ECF No. 18.) With the exception of one page being in a different order than the second amended complaint (SAC) (ECF No. 9) and the inclusion of summonses for the defendants, ECF No. 18 appears to be a duplicate of the SAC. This action is proceeding on the SAC—ECF No. 9—as outlined in the screening order (ECF No. 10). Therefore, ECF No. 18 should be **STRICKEN**.

**IT IS SO ORDERED**.

Dated: August 6, 2019.

_____
William G. Cobb
United States Magistrate Judge