# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BALMORE ALEXANDER VILLATORO, | ) | 3:16-cv-00531-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | November 15, 2019 |
| PRESTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KAREN WALKER</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Enlargement of Time (ECF No. 66). Plaintiff requests an extension to and including December 2, 2019, in which to file a response to Defendants' Motion for Summary Judgment (ECF No. 61).

Good cause appearing, Plaintiff's Motion for Enlargement of Time (ECF No. 66) is **GRANTED**. Plaintiff shall have to and including **Friday, December 6, 2019**, in which to file his response to Defendants' Motion for Summary Judgment (ECF No. 61).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
Deputy Clerk