# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BALMORE A. VILLATORO, | 3:16-cv-00531-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | September 25, 2020 |
| PRESTON, et al., | |
| Defendants. | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER    REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion to Compel Compliance with Court Order (ECF No. 83)" (ECF No. 103).  Plaintiff requests the court enter an order "to compel compliance with court order (ECF No. 83) directing the DAG to speak with LCC  medical department regarding Plaintiff being seen by an optometrist or ophthalmologist regarding his vision deficits in order to obtain the best eyeglasses they can in light of his extreme vision issues." (*Id.* at 1.)

Pursuant to the court's minutes of proceedings dated May 13, 2020, the court ordered as follows:

> IT IS FURTHER ORDERED that DAG Martin will obtain the most recent medical records regarding Mr. Villatoro's visual acuity and file a supplement, under seal, with the court. DAG Martin is also directed to speak with LCC regarding Mr. Villatoro being seen by an optometrist or ophthalmologist regarding his vision deficits in order to obtain the best eyeglasses they can in light of his extreme vision issues.

(ECF No. 83 at 3.)

///

///

MINUTES OF THE COURT
3:16-cv-00531-MMD-WGC
September 25, 2020
Page Two
_____/

      On May 21, 2020, Defendants filed a Notice of Compliance indicating that Deputy Attorney General Martin requested Lovelock Correctional Center (LCC) to schedule an appointment for Plaintiff but it appears nothing has happened since then. (ECF No. 85.)

      **IT IS THEREFORE ORDERED** that Defendants shall respond to Plaintiff's motion (ECF No. 103) on or before **Friday, October 2, 2020**.

                             DEBRA K. KEMPI, CLERK


                         By:  _____/s/_____
                                Deputy Clerk