**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BALMORE VILLATORO, | 3:16-cv-00531-MMD-WGC |
| Plaintiff, | |
| vs. | **REFERRAL TO PRO BONO PROGRAM** |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

This case is referred to the Pro Bono Program ("Program") adopted in General Order 2019-07 for the **limited purpose of providing legal advice on whether Mr. Villatoro should attempt to continue with his litigation or whether a dismissal might be in Mr. Villatoro's best interests**. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case.  Accordingly,

**IT IS HEREBY ORDERED** that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

**IT IS FURTHER ORDERED** that the Clerk forward this order to the Pro Bono Liaison.

DATED: April 20, 2021.

_William G. Cobb_
_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE