UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BALMORE ALEXANDER VILLATORO,

    Plaintiff

v.

PRESTON, et al.,

    Defendants

Case No.: 3:16-cv-00531-MMD-CSD

**Order**

Re: ECF No. 136

On September 3, 2021, Magistrate Judge William G. Cobb granted Plaintiff's motion to reschedule the settlement conference. Judge Cobb asked Plaintiff's counsel, Ms. Sull, and defense counsel, Mr. Rands, to explore the options available for conducting the settlement conference via video given Plaintiff's custody status with Immigration and Customs Enforcement (ICE). The parties were instructed to contact courtroom administrator Karen Walker regarding the options and to provide proposed dates for the settlement conference. (ECF No. 136.)

Ms. Walker did not hear from the parties regarding logistics of a settlement conference or proposed dates. This case was subsequently reassigned to the undersigned after Judge Cobb's retirement. (ECF No. 137.)

///

///

///

///

///

1. Within **7 days** of the date of this Order the parties shall submit a joint notice regarding the logistics of conducting a video settlement conference as well as proposed dates. If the parties fail to timely file a notice, or if the parties file a notice stating that they are unable to work out the logistics for another settlement conference, the court will issue an order requiring the filing of the joint pretrial order.

**IT IS SO ORDERED**.

Dated: April 5, 2022

_____
Craig S. Denney
United States Magistrate Judge