UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BALMORE ALEXANDER VILLATORO,<br><br>    Plaintiff<br><br>v.<br><br>PRESTON, et al.,<br><br>    Defendants | Case No.: 3:16-cv-00531-MMD-CSD<br><br>**Order** |

On April 5, 2022, the court issued an order requiring the parties to submit a joint notice regarding the logistics of conducting a video settlement conference as well as proposed dates on or before April 12, 2022. The parties were advised that if a notice was not timely filed, the court would issue an order requiring the filing of the joint pretrial order. (ECF No. 138.)

The parties did not timely file a notice regarding scheduling a settlement conference; therefore, the joint pretrial order is due on or before Friday **May 13, 2022**. Alternatively, if defense counsel is unable to secure Plaintiff's counsel's participation in preparing the joint pretrial order in advance of the May 13, 2022 deadline, then Defendants may file a notice to that effect, detailing efforts undertaken to obtain Plaintiff's counsel's participation. In the event Plaintiff's counsel does not participate in preparing the joint pretrial order, the court will recommend dismissal of this action under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

Dated: April 13, 2022

_____
Craig S. Denney
United States Magistrate Judge