**SULL AND ASSOCIATES PLLC**
Hardeep Sull, Esq., NV Bar # 12108
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel.: (702) 953-9500
dee@sullglobal.com

*Attorneys for Plaintiff Balmore Villatoro*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BALMORE VILLATORO, an individual,<br><br>        Plaintiff,<br>    vs.<br><br>PRESTON, ET AL,<br><br>        Defendants. | Case No.: 3:16-cv-00531-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**[FIRST REQUEST]** |

    Defendants PRESTON, ET AL (collectively herein as "Defendants"), and Plaintiff, BALMORE VILLATORO ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for parties to file the Joint Pretrial Order, currently due on May 13, 2022, by 45 days.

    Plaintiff requires this extension as additional time continues to be needed in order to finalize Plaintiff's portion of the Joint Pretrial Order. Plaintiff was recently released from Nye County and needs additional time to reorient his housing and medical needs. This extension is sought in good faith, out of necessity, and without the intent to delay or hinder the proceedings.

Dated: May 13, 2022                                Dated: May 13, 2022

*/s/Hardeep Sull*                                  */s/Doug Rands*
HARDEEP SULL, ESQ.                                 DOUG RANDS, ESQ.
SULL & ASSOCIATES, PLLC                            OFFICE OF THE ATTORNEY GENERAL

Attorney for Plaintiff                             Attorneys for Defendants
BALMORE VILATORO                                   PRESTON, ET AL

### ORDER

IT IS SO ORDERED.

Dated: __May 16_____, 2022.

_____C S_____
UNITED STATES MAGISTRATE JUDGE